1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Erik Paul Westerman, | ) | No. CV05-2976-SRB |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Joseph Arpaio, | ) ) | |
| Defendant. | ) ) ) | |

Plaintiff filed his Civil Rights Complaint on September 27, 2005. On March 7, 2006, this Court issued its screening order. This order advised Plaintiff that "At all times during the pendency of this action, Plaintiff shall immediately advise the court and the United States Marshal of any change of address and its effective date" and also ordered Plaintiff to complete and return the service packet to the Clerk of Court within 20 days of the date of the order. This order was returned by the Post Office with the notation "Released." On March 31, 2006, the Magistrate Judge filed her Report and Recommendation recommending that this case be dismissed. Plaintiff's copy of the Report and Recommendation was returned by the Post Office with the notations "No Longer in Custody" and "Released."

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge .

1   IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
2   as the order of this Court.
3   IT IS FURTHER ORDERED dismissing this case with prejudice.
4   IT IS FURTHER ORDERED directing the Clerk to enter judgment.

6   DATED this 26th day of April, 2006.

_____
Susan R. Bolton
United States District Judge